Nationstar Mortgage, LLC
PO Box 9095
Temecula, CA 92589-9095

Send Payments to:
Nationstar Mortgage
PO Box 650783
Dallas, TX 75265-0783



2267160330

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20121102-160

AMI L WILLARD
49 RUSS ST
CARIBOU, ME 04736-2235





EXHIBIT C

Case 1:18-cv-00408-NT   Document 1-3   Filed 10/03/18   Page 2 of 6   PageID #: 17



11/02/2012

AMI L WILLARD
49 RUSS ST
CARIBOU, ME 04736-2235

Loan Number:
Property Address:    35 WINTER ST
                     BREWER, ME 04412

Dear AMI L WILLARD :

You are hereby provided formal notice by Nationstar Mortgage, LLC, the Servicer of the above-referenced loan, on behalf of Federal National Mortgage Association, the Creditor to whom the debt is owed, that you are in default under the terms and conditions of the Note and Security Instrument (i.e. Deed of Trust, Mortgage, etc.), for failure to pay the required installments when due.

This letter serves as further notice that Nationstar Mortgage, LLC intends to enforce the provisions of the Note and Security Instrument. You must pay the full amount of the default on this loan by the thirty fifth (35th) day from the date of receipt of this letter (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). A post office department certificate of mailing to the mortgager or cosigner is conclusive proof of receipt on the 3rd calendar day after mailing. If you do not pay the full amount of the default, we shall accelerate the entire sum of both principal and interest due and payable, and invoke any remedies provided for in the Note and Security Instrument, including but not limited to the foreclosure sale of the property. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only. Additionally, if you did not sign the Note or are not otherwise personally obligated to pay this debt, this letter is being sent for informational purposes and in compliance with the loan documents and/or applicable law.
If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had been required.

You also have the right, in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and Security Instrument, and to present any other defenses that you have.

You are hereby informed that you have the right to "cure" or reinstate the loan after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense you may have to acceleration and sale.

**As of 11/02/2012 the amount of the debt that we are seeking to collect is $34,332.77, which includes the sum of payments that have come due on and after the date of default 01/01/2011**, any late charges, periodic



adjustments to the payment amount (if applicable), attorney fees and expenses of collection.

| | | |
|---|---|---|
| Next Payment Due Date | | 01/01/2011 |
| Total Monthly Payments Due: | | $26,953.97 |
| Late Charges: | | $819.55 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $6,559.25 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | $34,332.77 |

Because of interest, late charges, and other charges or credits that may vary from day to day, or be assessed during the processing of this letter, the amount due on the day that you pay may be greater. Please contact Nationstar Mortgage, LLC at (888) 480-2432 on the day that you intend to pay for the full amount owed on your account. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current delinquency.

Please note, however, that your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, your **12/01/2012** installment is still due on **12/01/2012** (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). In addition, any subsequent advances made by the Servicer to protect their lien position must be added to the total amount necessary to cure the default. Please disregard this notice if a payment sufficient to cure the default has already been sent.

A "CURE" or "Reinstatement Right" similar to that described in the prior paragraph may be available in many states. If, at any time, you make a written request to us not to be contacted by phone at your place of employment, we will not do so. If, at any time, you make a written request to us not to contact you, we will not do so, except to send statutorily and/or contractually required legal notice.

Nationstar Mortgage, LLC would like you to be aware that if you are unable to make payments or resume payments within a reasonable period of time due to a reduction in your income resulting from a loss or reduction in your employment, you may be eligible for Homeownership Counseling. To obtain a list of HUD approved counseling agencies, please call (800) 569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at (888) 995-HOPE (4673).

**Attention Servicemembers and dependents**: The Federal Servicemembers' Civil Relief Act ("SCRA") and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last nine (9) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Nationstar Mortgage, LLC immediately. When contacting Nationstar Mortgage, LLC as to your military service, you must provide

positive proof as to your military status. If you do not provide this information, it will be assumed that you are not entitled to protection under the above-mentioned Act.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Nationstar Mortgage, LLC. Nationstar Mortgage, LLC requests that all payments be made in **certified funds, cashier's check or money order(s)** payable to and mailed to **Nationstar Mortgage, LLC at PO Box 650783, Dallas TX 75265-0783**. You may contact Nationstar Mortgage, LLC at (888) 480-2432 should you have servicing questions regarding your account or by mail at 350 Highland Drive, Lewisville, TX 75067-4177. You may have options available to you to help you avoid foreclosure including mediation. Please contact Nationstar Mortgage, LLC's Loss Mitigation Department at (888) 480-2432 or by visiting www.nationstarmtg.com for additional information and to see what options are available.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

You may discuss available options with the Creditor, Nationstar Mortgage, LLC, or a counselor approved by the United States Department of Housing and Urban Development and you are encouraged to explore available options prior to the end of the right-to-cure period.

Enclosed please find a list of HUD approved counseling agencies.

The matters discussed herein are of extreme importance. We trust you will give them appropriate attention.

Sincerely,

Rosa Guzman
Assigned Foreclosure Prevention Specialist
Nationstar Mortgage, LLC
18777827612 ext. 3276
350 Highland Drive
Lewisville, TX 75067



FEDERAL LAW REQUIRES US TO ADVISE YOU THAT NATIONSTAR MORTGAGE, LLC IS A DEBT COLLECTOR AND THAT THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT AN INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US WITH THE ATTORNEY'S NAME, ADDRESS AND TELEPHONE NUMBER.

## HUD approved counseling agencies.

AROOSTOOK COUNTY ACTION PROGRAM, INC.
771 Main St
PO Box 1116
Presque Isle, Maine 04769
**Phone:** (207) 768-3023-657
**Toll-free:** (800) 432-7881
**Fax:** (207) 768-3021
**E-mail:** jheron@acap-me.org
**Website:** www.ACAP.org

COASTAL ENTERPRISES, INCORPORATED
41 Water Street
PO Box 268
Wiscasset, Maine 04578-0268
**Phone:** (207) 882-7552-126
**Toll-free:** (877) 340-2649
**Fax:** (207) 882-6365
**E-mail:** dianes@ceimaine.org
**Website:** www.ceimaine.org

COMMUNITY CONCEPTS, INC.
79 Main Street
Auburn, Maine 04210
**Phone:** (207) 743-7716
**Toll-free:** (800) 866-5588
**Fax:** (207) 743-6513
**E-mail:** rknott@community-concepts.org
**Website:** www.community-concepts.org

FOUR DIRECTIONS DEVELOPMENT CORPORATION
20 Godfrey Drive
Orono, Maine 04473
**Phone:** (207) 866-6546
**Fax:** (207) 866-6553
**E-mail:** kwelch@fourdirectionsmaine.org
**Website:** fourdirectionsmaine.org

KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
97 Water Street
Waterville, Maine 04901
**Phone:** (207) 859-1637-1637
**Fax:** (207) 873-3812
**E-mail:** kimm@kvcap.org

MAINE STATE HOUSING AUTHORITY
353 Water Street
Augusta, Maine 04330
**Phone:** (207) 626-4670
**Toll-free:** (800) 452-4668
**Fax:** (207) 626-4678
**E-mail:** dkjohnson@mainehousing.org
**Website:** www.mainehousing.org

MIDCOAST MAINE COMMUNITY ACTION
34 Wing Farm Parkway
Bath, Maine 04530
**Phone:** (207) 442-7963-230
**Toll-free:** (800) 221-2221
**Fax:** (207) 443-7447
**E-mail:** catherine.mcconnell@maine.gov
**Website:** www.midcoastmainecommunityaction.org

MONEY MANAGEMENT INTERNATIONAL AUBURN ME
250 Center Street Suite 205
Auburn, Maine 04210
**Phone:** (866) 232-9080
**Toll-free:** (866) 232-9080
**Fax:** (866) 921-5129
**E-mail:** counselinginfo@moneymanagement.org
**Website:** www.moneymanagement.org

MONEY MANAGEMENT INTERNATIONAL BANGOR
175 Exchange Street Suite 200
Bangor, Maine 04401
**Phone:** (207) 626-4676
**Toll-free:** (800) 452-4668
**Fax:** (207) 626-4678
**E-mail:** dkjohnson@mainehousing.org
**Website:** www.mainehousing.org

MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND
111 Wescott Road
South Portland, Maine 04106
**Phone:** (866) 232-9080
**Toll-free:** (866) 232-9080
**Fax:** (866) 921-5129
**E-mail:** counselinginfo@moneymanagement.org
**Website:** www.moneymanagement.org

PENQUIS COMMUNITY ACTION PROGRAM
262 Harlow Street
PO Box 1162
Bangor, Maine 04402-1162
**Phone:** (207) 973-3500
**Toll-free:** (888) 424-0151
**Fax:** (207) 973-3699
**E-mail:** dward@penquis.org
**Website:** www.penquis.org

PEOPLES REGIONAL OPPORTUNITY PROGRAM
510 Cumberland Avenue
Portland, Maine 04101
**Phone:** (207) 553-5931
**Fax:** (207) 874-1155
**E-mail:** mgeoffroy@propeople.org
**Website:** www.propeople.org

PORTLAND ADULT EDUCATION
57 Douglas St.
Portland, Maine 04102
**Phone:** (207) 874-8155
**E-mail:** woodr@portlandschools.org

SUSTAINABLE ECONOMIC SOLUTIONS
43 Marina Road
Yarmouth, Maine 04096
**Phone:** (207) 749-3846
**Fax:** (207) 846-9399
**E-mail:** KMcLaughlin@SES-Maine.org

TEDFORD HOUSING
14 Middle Street
Brunswick, Maine 04011
**Phone:** (207) 729-1161
**E-mail:** danielle@tedfordhousing.org
**Website:** www.tedfordhousing.org

WASHINGTON HANCOCK COMMUNITY ACTION
PO Box 280
Milbridge, Maine 04658
Phone: (207) 546-7544-3320
Fax: (207) 546-3216
E-mail: mbeal@whcacap.org

YORK COUNTY COMMUNITY ACTION AGENCY
6 Spruce Street
Sanford, Maine 04073
Phone: (207) 459-2960
E-mail: chrisl@yccac.org
Website: www.yccac.org



ME_NOI
Page 5 of 5

2267160330