UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>      Plaintiff<br><br>v.<br><br>AMI L. WILLARD f/k/a AMI L. DYER,<br>      Defendant | CIVIL NO. 1:18-cv-00408-NT |

JUDGMENT OF DISMISSAL

In accordance with the Order, issued on November 15, 2019 by U.S. District Judge Nancy Torresen, the plaintiff's amended complaint is Dismissed without prejudice;

JUDGMENT OF DISMISSAL is hereby entered.

                                          Christa K. Berry
                                          Clerk of Court


                          By:   /s/ Melody Whitten
                                  Melody Whitten
                                  Deputy Clerk

Dated: November 15, 2019